August 6, 2013



# JUDGMENT

# The Fourteenth Court of Appeals

MILESTONE OPERATING, INC., AND DSTJ, L.L.P., Appellants

NO. 14-09-00765-CV                                  V.

EXXON MOBIL CORPORATION, Appellee
_____

       This cause, an appeal from the judgment in favor of APPELLEE signed June 1 2009, was heard on the transcript of the record. We have inspected the record and find error in the judgment. We therefore order the judgment of the court below **REVERSED** and **REMAND** the cause for proceedings in accordance with our Memorandum Opinion on Remand.

       We further order that all costs incurred by reason of this appeal be paid by APPELLEE.

       We further order this decision certified below for observance.